UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MIDLAND MORTGAGE COMPANY                CIVIL ACTION

VERSUS                                  NO: 07-4908

AMERICAN NATIONAL PROPERTY              SECTION: "R"(3)
AND CASUALTY COMPANY

**ORDER**

Before the Court is defendant American National Property and Casualty Company's motion to transfer venue to the United States District Court for the Western District of Louisiana. Plaintiff has notified the Court by letter that it does not oppose the motion to transfer venue.

Midland Mortgage Company sued defendant to recover insurance proceeds for a property located in Lake Charles, Louisiana. Midland was the mortgagee of the property when it sustained damage as a result of Hurricane Katrina and/or Rita and alleges that, as the mortgagee, it is entitled to receive insurance proceeds directly from defendant or to be named as a co-payee for any insurance proceeds. Defendant contends that because the

insured property at issue is located within the jurisdiction of the Western District of Louisiana and was insured under a Standard Flood Insurance Policy, original jurisdiction for the dispute lies with the district court encompassing the insured property at the time of the loss. 42 U.S.C. § 4072.

The Court has reviewed defendant's motion. Finding that it has merit, the Court hereby GRANTS defendant's motion to transfer this case to the Western District of Louisiana pursuant to 28 U.S.C. § 1404.

New Orleans, Louisiana, this 27th day of November, 2007.

SARAH S. VANCE
UNITED STATES DISTRICT COURT